# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| EDWARD LUCAS, Individually and on Behalf of Others Similarly Situated, | Civil Action No. 4:14-cv-01635 |
| Plaintiffs, | Jury Trial Demanded |
| v. | |
| CRESCENT DIRECTIONAL DRILLING, LP, | Collective Action |
| Defendant. | |

## NOTICE OF FILING CONSENT

The following individual(s) submit a written Notice of Consent:

1. Craig A. Estes.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: **/s/ Rex Burch**
_____
Richard J. (Rex) Burch
Texas Bar No. 24001807
S.D. Tex. No. 21615
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

- 2 -

## CERTIFICATE OF CONFERENCE

No certificate of conference is required because this filing does not seek an order from, nor require any action by, the Court.

**/s/ Rex Burch**
_____
Richard J. (Rex) Burch

## CERTIFICATE OF SERVICE

On July 14, 2014, I served this document on all parties via the Court's electronic filing system.

**/s/ Rex Burch**
_____
Richard J. (Rex) Burch

## NOTICE OF CONSENT

I consent to be a party plaintiff in this action and, if necessary, a subsequent action, to recover any unpaid wages owed to me by  Crescent

_craig allen estes_
Signature  craig allen estes (Jun 6, 2014)

craig allen estes
Full Legal Name (print)